IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| TOUCH AMERICA HOLDINGS, INC., et al., | : |
| | : Case No. 03-11915 (KJC) |
| | : Jointly Administered |
| Debtor. | |

## NOTICE OF APPEAL

PPL Montana, LLC ("PPL"), by and through its undersigned counsel, pursuant to Bankruptcy Rule 8001 and 28 U.S.C. 158(a), appeals from the *Order Sustaining Plan Trustee's Objection to Claims of PPL Montana, LLC (Docket Item No. 3561)*, dated December 17, 2007.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

PPL Montana, LLC

POTTER ANDERSON & CORROON LLP
Laurie Selber Silverstein (No. 2396)
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

John G. Nicolich, Esquire
Michael Lesch, Esquire
Peter A. Ivanick, Esquire
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

| | |
|---|---|
| Co-Counsel to Plan Trustee | YOUNG CONAWAY STARGATT & TAYLOR<br>Robert S. Brady<br>Maureen D. Luke<br>Edward J. Kosmowski<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19899<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>- and -<br><br>WINSTON & STRAWN<br>David Neier<br>Michael E. Emrich<br>200 Park Avenue<br>New York, New York 10166-4193<br>Telephone: (212)294-6700<br>Facsimile: (212) 294-4700<br><br>Eric E. Sagerman<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750<br><br>Robert Julian<br>Todd Dressel<br>101 California Street<br>San Francisco, California 94111<br>Telephone: (415) 591-1404<br>Facsimile: (415) 591-1400 |
| Official Committee of Unsecured Creditors | Ashley B. Stitzer<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, Delaware 19801<br>Telephone: (302) 429-4242<br>Facsimile: (302) 658-6395 |

| | |
|---|---|
| McGreevey Class | Christopher A. Ward<br>Klehr Harrison Harvey Branzburg & Ellers<br>919 N. Market Street<br>Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193 |
| Office of the United States Trustee | Mark S. Kenney<br>Office of the United States Trustee<br>844 King Street, Suite 2313<br>Wilmington, Delaware 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497 |

Dated: December 26, 2007

POTTER ANDERSON & CORROON LLP

*/s/ Laurie Selber Silverstein*

Laurie Selber Silverstein (No. 2396)
Theresa V. Brown-Edwards (No. 4225)
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

-and-

DEWEY & LEBOEUF LLP
John G. Nicolich, Esquire
Michael Lesch, Esquire
Peter A. Ivanick, Esquire
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

*Counsel for PPL Montana, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**TOUCH AMERICA HOLDINGS, INC,**<br>*et al.*[20]<br>    Debtors | : CHAPTER 11<br>: (Jointly Administered)<br>:<br>: Case No. 03-11915 (KJC)<br>: |

### ORDER SUSTAINING PLAN TRUSTEE'S OBJECTION
### TO CLAIMS OF PPL MONTANA, LLC

**AND NOW**, this 17th day of December, 2007, upon consideration of the Plan Trustee's Objection to Claims of PPL Montana, LLC (docket no. 3116)(the "Claim Objection"), and the Response of PPL Montana, LLC thereto (docket no. 3157), and after oral argument, and for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** and **DECREED** that the Claim Objection is **SUSTAINED** the following claims filed by PPL Montana, LLC against the Debtors on December 15, 2003 are disallowed:

- claim no. 02621 filed against Sierra Touch America, LLC,
- claim no. 02622 filed against American Fiber Touch,LLC,
- claim no. 02623 filed against Touch America, Inc.,
- claim no. 02624 filed against Touch America Purchasing Company, LLC,
- claim no. 02625 filed against Entech, LLC,
- claim no. 02626 filed against Touch America Holdings, Inc.,
- claim no. 02627 filed against Touch America Intangible Holding Co., LLC,
- claim no. 02640 filed against Touch America Holdings, Inc.,
- claim no. 02641 filed against Entech, LLC,
- claim no. 02642 filed against Touch America Intangible Holding Co., LLC,

---

[20] The following chapter 11 cases are being jointly administered pursuant to an Order dated June 23, 2003 (docket no. 27) : Touch America Holdings, Inc., Touch America, Inc., Entech, LLC, Touch America Purchasing Company, LLC, Touch America Intangible Holding Company, LLC, Sierra Touch America LLC, and American Fiber Touch, LLC.

- claim no. 02643 filed against Touch America, Inc.,
- claim no. 02644 filed against Touch America Purchasing Company, LLC,
- claim no. 02645 filed against Sierra Touch America, LLC, and
- claim no. 02646 filed against American Fiber Touch, LLC.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

Copies mailed to:

WINSTON & STRAWN LLP
David Neier, Esquire
Michael E. Emrich, Esquire
200 Park Avenue
New York, NY 10166-4193

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert Brady, Esquire
Maureen D. Luke, Esquire
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391

POTTER ANDERSON & CORROON LLP
Laurie Selber Silverstein, Esquire
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

LeBOUF LAMB GREENE & MacRAE LLP
Michael Lesch, Esquire
John G. Nicolich, Esquire
Peter A. Ivanick, Esquire
125 West 55th Street
New York, NY 10019

Margaret L. Harrison, Esquire
United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

THE BAYARD FIRM
Ashley B. Stitzer, Esquire
222 Delaware Avenue,
Suite 900
Wilmington, DE 19801

KLEHR HARRISON HARVEY BRANZBURG
& ELLERS
Christopher A. Ward, Esquire
919 N. Market Street,
Suite 1000
Wilmington, DE 19801

PEPPER HAMILTON LLP
GianClaudio Finizio, Esquire
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19801

POTTER ANDERSON & CORROON LLP
Steven M. Yoder, Esquire
Hercules Plaza
1313 Market Street
P.O. Box 1709
Wilmington, DE 19801

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __03-11915__    ●BK  ○AP
If AP, related BK Case Number: _____

Title of Order Appealed:
Order Sustaining Plan Trustee's Objection to Claims of PPL Montana, LLC
Docket Number: __3561__    Date Entered: __12/17/07__

Item Transmitted:  ● Notice of Appeal         ○ Motion for Leave to Appeal
                   ○ Amended Notice of Appeal ○ Cross Appeal
Docket Number: __3576__    Date Filed: __12/26/07__

*Appellant/Cross Appellant:         *Appellee/Cross Appellee
PPL Montana, LLC                    Plan Trustee
Counsel for Appellant:              Counsel for Appellee:
see attachment                      see attachment

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?  ●Yes  ○No

IFP Motion Filed by Appellant?  ○Yes  ●No

Have Additional Appeals to the Same Order been Filed?  ○Yes  ●No
    If so, has District Court assigned a Civil Action Number?  ○Yes ○No  Civil Action # _____

Additional Notes:
_____

__1/18/08__                         By: __M. Lopez__
Date                                    Deputy Clerk

                                    FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: __07-106__
7/6/06

**Attachment**

**Counsel for Appellant:**
Laurie Selber Silverstein
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
(302) 984-6000

and

John G. Nicolich, Esquire
Michael Lesch, Esquire
Peter A. Ivanick, Esquire
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 259-8000

**Counsel for Appellee:**
Robert S. Brady
Maureen D. Luke
Edward J. Kosmowski
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600

and

David Neier
Michael E. Emrich
Winston & Strawn
200 Park Avenue
New York, New York 10166-4193
(212) 294-6700

Eric E. Sagerman
Winston & Strawn
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071
(213) 615-1700

Robert Julian
Todd Dressel
101 California Street
San Francisco, California 94111
(415) 591-1404