UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TOUCH AMERICA HOLDINGS, INC., et al. | ) | Case No. 03-11915 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Related Docket Item 3576 |

**DESIGNATION OF RECORD AND STATEMENT
OF ISSUES ON APPEAL OF PPL MONTANA, LLC**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 8006-1(a), claimant PPL Montana, LLC ("PPLM" or "Claimant") designates the items to be included in the record on appeal and sets forth a statement of the issues to be presented in PPLM's appeal from the Order Sustaining Plan Trustee's Objection To Claims Of PPL Montana, LLC, entered by the United States Bankruptcy Court for the District of Delaware in the above-captioned case on December 17, 2007, which disallowed PPLM's claims against debtors Touch America Holdings, Inc. ("Touch America") and the other debtors in these jointly administered Chapter 11 cases (collectively, "Debtors") for the reasons set forth in the Memorandum entered by the Bankruptcy Court on December 17, 2007 (the "Memorandum").

**I.   DESIGNATION OF RECORD**
   A.   The following items are designated from the docket of the United States Bankruptcy Court for the District of Delaware in the above-captioned case No. 03-11915 (KJC):

| Filing Date | # | Docket Text |
|---|---|---|
| 06/19/2003 | 1 | Chapter 11 Voluntary Petition. Receipt Number 066761, Fee Amount $830. Filed by Touch America Holdings, Inc. (Brady, Robert) Modified on 6/20/2003 (MNH, ). (Entered: 06/19/2003) |
| 06/23/2003 | 27 | Order Directing Joint Administration of the Debtors Chapter 11 Cases, Case Nos. 03-11916, 03-11917, 03-11918, 03-11919, 03-11920, 03-11921. (related document(s)3 ) Order Signed on 6/23/2003 (GB, ) (Entered: 06/24/2003) |
| 11/07/2005 | 2936 | Report Concerning All Outstanding Litigation Relating to the |

1

| Filing Date | # | Docket Text |
|---|---|---|
| | | Touch America Bankruptcy Filed by Plan Trustee (Agelakopoulos, Athanasios) Modified text on 12/11/2005 (MML, ). (Entered: 11/07/2005) |
| 11/09/2005 | 2941 | Supplement to Report Concerning All Outstanding Litigation Relating to the Touch America Bankruptcy (related document(s)2936 ) Filed by Plan Trustee (Attachments: # 1 Affidavit of Service) (Agelakopoulos, Athanasios) Modified text on 12/11/2005 (MML, ). (Entered: 11/09/2005) |
| 04/28/2006 | 3116 | Objection to Claim(s) *Plan Trustee's Objection to Claims of PPL Montana LLC* Filed by Plan Trustee Hearing scheduled for 5/31/2006 at 11:00 AM at US Bankruptcy Court, 824 Market St., 5th Floor, Wilmington, DE. Objections due by 5/24/2006. (Attachments: # 1 Exhibit A (Part 1 of 2)# 2 Exhibit A (Part 2 of 2)# 3 Exhibit B# 4 Exhibits C - K# 5 Exhibits L - Q# 6 Exhibits R - U# 7 Affidavit of Service) (Luke, Maureen) (Entered: 04/28/2006) |
| 06/14/2006 | 3157 | Response to */of PPL Montana, LLC to Plan Trustee's Objection to Claims* (related document(s)3116 ) Filed by PPL Montana, LLC (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Certificate of Service) (Silverstein, Laurie) (Entered: 06/14/2006) |
| 06/23/2006 | 3158 | Motion for Leave to *File Reply in Support of Plan Trustee's Objection to Claims of PPL Montana LLC* filed by Plan Trustee Hearing scheduled for 7/12/2006 at 10:00 AM (check with court for location). (Luke, Maureen) (Entered: 06/23/2006) |
| 06/28/2006 | 3160 | Order Granting Plan Trustee's Motion for Leave to File Reply in Support of Objection to Claims of PPL Montana, LLC (Related Doc # 3158) Order signed on 6/27/2006. (Attachments: #1 Exhibit A#2 Exhibit "A") (TK) Entered: 06/28/2006) |
| 0628/2006 | 3161 | Affidavit/Declaration of Service of *Thomas J. Hartzell, Regarding Motion for Leave to File Reply in Support of Plan Trustee's Objection to Claims of PPL Montana LLC* (related document(s)3158) Filed by Touch America Holdings, Inc. (Edwards, Erin) (Entered: 06/28/2006) |

| Filing Date | # | Docket Text |
|---|---|---|
| 07/05/2006 | 3162 | Objection to /*Objection of PPL Montana, LLC to Plan Trustee's Motion For Leave To File Reply* (related document(s)3116, 3157, 3158 ) Filed by PPL Montana, LLC (Attachments: # 1 Certificate of Service) (Silverstein, Laurie) (Entered: 07/05/2006) |
| 09/05/2006 | 3207 | Transcript Of Hearing Before The Honorable Kevin J. Carey, Held on July 12, 2006. (related document(s)3167, 3165 ) (JWS, ) (Entered: 09/05/2006) |
| 12/17/2007 | 3559 | Memorandum Regarding Plan Trustee's Objection to Claims of PPL Montana, LLC (related document(s)3116, 3157 ) Order Signed on 12/17/2007. (JRH, ) (Entered: 12/17/2007) |
| 12/17/2007 | 3561 | Order Sustaining Plan Trustee's Objection to Claims of PPL Montana, LLC (related document(s)3116, 3157 ) Order Signed on 12/17/2007. (JRH, ) (Entered: 12/17/2007) |
| 12/26/2007 | 3576 | Notice of Appeal. Fee Amount $255. (related document(s)3561 ) Filed by PPL Montana, LLC. Appellant Designation due by 1/7/2008. (Attachments: # 1 Certificate of Service) (Silverstein, Laurie) (Entered: 12/26/2007) |

B. The following items are designated from the docket of the United States Bankruptcy Court for the District of Delaware in the adversary proceeding captioned *Brent Williams, etc. v. NorthWestern Corporation, et al.*, Adv. Pro No. 05-52206 (KJC):

| Filing Date | # | Docket Text |
|---|---|---|
| 08/02/2005 | 1 | Complaint *to Quiet Title and Subordinate Claims* by BRENT C. WILLIAMS, as Plan Trustee of the Plan Trust of Touch America Holdings, Inc., et al., for the benefit of the bankruptcy estates of Touch America Holdings, Inc., et al. against NorthWestern Corporation, Clark Fork and Blackfoot, LLC. Fee Amount $150 Nature of Suit: 456 (Declaratory Judgment). AP Summons Served due date: 11/30/2005. (Attachments: # 1 Notice of Dispute Resolution Alternatives) (Phillips, John) (Entered: 08/02/2005) |
| 11/15/2005 | 9 | Answer to Complaint , *Affirmative Defenses and* (related document(s)1 ), Counterclaim by Clark Fork and Blackfoot, LLC against BRENT C. WILLIAMS, as Plan Trustee of the Plan Trust of Touch America Holdings, Inc., et al., for the benefit of the bankruptcy estates of Touch America Holdings, Inc., et al. Filed |

| Filing Date | # | Docket Text |
|---|---|---|
| | | by Clark Fork and Blackfoot, LLC (Chipman, William) (Entered: 11/15/2005) |
| 12/22/2005 | 10 | Reply *of Plan Trustee to Counterclaims of Northwestern Corporation to Complaint to Quiet Title and Subordinate Claims* Filed by BRENT C. WILLIAMS, as Plan Trustee of the Plan Trust of Touch America Holdings, Inc., et al., for the benefit of the bankruptcy estates of Touch America Holdings, Inc., et al. (Phillips, John) (Entered: 12/22/2005) |
| 02/15/2006 | 12 | Motion For Summary Judgment *by Plan Trustee* Filed by BRENT C. WILLIAMS, as Plan Trustee of the Plan Trust of Touch America Holdings, Inc., et al., for the benefit of the bankruptcy estates of Touch America Holdings, Inc., et al.. (Attachments: # 1 Proposed Form of Order) (Phillips, John) (Entered: 02/15/2006) |
| 02/15/2006 | 13 | Statement of Undisputed Facts *Joint Statement of Material Facts as to Which There Exist No Genuine Issue to be Tried* (related document(s)12 ) Filed by BRENT C. WILLIAMS, as Plan Trustee of the Plan Trust of Touch America Holdings, Inc., et al., for the benefit of the bankruptcy estates of Touch America Holdings, Inc., et al., Clark Fork and Blackfoot, LLC, NorthWestern Corporation (related document(s)12). (Phillips, John) (Entered: 02/15/2006) |
| 02/15/2006 | 15 | Compendium *Declaration of David J. Richardson in Suport of Motion of Plan Trustee for Summary Judgment [Part 2]* (related document(s)14, 12, 13 ) Filed by BRENT C. WILLIAMS, as Plan Trustee of the Plan Trust of Touch America Holdings, Inc., et al., for the benefit of the bankruptcy estates of Touch America Holdings, Inc., et al. (Attachments: # 1 Exhibit L# 2 Exhibit M# 3 Exhibit N# 4 Exhibit O# 5 Exhibit P# 6 Exhibit Q# 7 Exhibit R# 8 Exhibit S# 9 Exhibit T# 10 Exhibit U# 11 Exhibit V) (Phillips, John) (Entered: 02/15/2006) |
| 02/15/2006 | 16 | Compendium *Declaration of David J. Richardson in Suport of Motion of Plan Trustee for Summary Judgment [Part 3]* (related document(s)14, 12, 15, 13 ) Filed by BRENT C. WILLIAMS, as Plan Trustee of the Plan Trust of Touch America Holdings, Inc., et al., for the benefit of the bankruptcy estates of Touch America Holdings, Inc., et al. (Attachments: # 1 Exhibit W# 2 Exhibit X# 3 Exhibit Y# 4 Exhibit Z# 5 Exhibit AA# 6 Exhibit BB# 7 Exhibit CC# 8 Exhibit DD# 9 Exhibit EE# 10 Exhibit FF# 11 Exhibit GG) (Phillips, John) (Entered: 02/15/2006) |
| 02/15/2006 | 18 | Compendium *Declaration of David J. Richardson in Support of* |

| Filing Date | # | Docket Text |
|---|---|---|
| | | *Motion of Plan Trustee for Summary Judgment (Corrected)* (related document(s)14, 16 ) Filed by BRENT C. WILLIAMS, as Plan Trustee of the Plan Trust of Touch America Holdings, Inc., et al., for the benefit of the bankruptcy estates of Touch America Holdings, Inc., et al. (Phillips, John) Additional attachment(s) (Attachments: # 1 Exhibit A# [2] Exhibit B# [3] Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K) added on 2/16/2006 (TK, ). Modified on 2/16/2006 (TK,). (Entered: 02/15/2006) |
| 02/16/2006 | 20 | Corrective Entry. Additional Attachments Added. (related document(s)18 ) (TK, ) (Entered: 02/16/2006) |
| 03/17/2006 | 22 | Response to *Preservation of Argument by McGreevey Class with Respect to Plan Trustee's Motion for Summary Judgment* (related document(s)21 ) Filed by NorthWestern Corporation (Meloro, Dennis) (Entered: 03/17/2006) |
| 03/17/2006 | 23 | Response to *NorthWestern Corporation's and Clark Fork and Blackfoot LLC's (1) Response to the Motion by Plan Trustee for Summary Judgment and (2) Cross-Motion for Summary Judgment as to Count I of the Counterclaim* (related document(s)12 ) Filed by Clark Fork and Blackfoot, LLC, NorthWestern Corporation (Attachments: # 1 Exhibit A Part 1# 2 Exhibit A Part 2) (Meloro, Dennis) (Entered: 03/17/2006) |
| 03/31/2006 | 25 | Reply *Brief of Plan Trustee and Opposition to Cross-Motion for Summary Judgment* (related document(s)12 ) Filed by BRENT C. WILLIAMS, as Plan Trustee of the Plan Trust of Touch America Holdings, Inc., et al., for the benefit of the bankruptcy estates of Touch America Holdings, Inc., et al. (Attachments: # 1 Exhibit A# 2 Certificate of Service # 3 Declaration Supplemental Declaration of David J. Richardson in Support of Motion of Plan Trustee for Summary Judgment) (Phillips, John) (Entered: 03/31/2006) |
| 07/25/2006 | 31 | Exhibit *A to Statement in Response to Motion to Intervene* (related document(s)30 ) Filed by NorthWestern Corporation (Attachments: # 1 Exhibit A) (Meloro, Dennis) (Entered: 07/25/2006) |
| 09/13/2006 | 37 | Letter *Plan Trustee's Status Conference Statement* Filed by BRENT C. WILLIAMS, as Plan Trustee of the Plan Trust of Touch America Holdings, Inc., et al., for the benefit of the bankruptcy estates of Touch America Holdings, Inc., et al. (Attachments: # 1 Exhibit A to Plan Trustee's Status Conference |

| Filing Date | # | Docket Text |
|---|---|---|
| | | Statement# 2 Certificate of Service to Plan Trustee's Status Conference Statement) (Phillips, John) (Entered: 09/13/2006) |
| 09/24/2007 | 60 | Order Regarding Motion for Summary Judgment. (related document(s)12, 23 ) Order Signed on 9/24/2007. (LCN, ) (Entered: 09/24/2007) |
| 09/25/2007 | 61 | Brief *of Plan Trustee in Response to Order Requesting Briefing at Status Conference* (related document(s)60 ) Filed by BRENT C. WILLIAMS, as Plan Trustee of the Plan Trust of Touch America Holdings, Inc., et al., for the benefit of the bankruptcy estates of Touch America Holdings, Inc., et al. (Attachments: # 1 Declaration Supplemental Declaration of David J. Richardson in Support of Motion of Plan Trustee for Summary Judgment# 2 Certificate of Service) (Farnan, Brian) (Entered: 09/25/2007) |

C.  PPLM requests that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following items designated from the docket of the United States Bankruptcy Court for the District of Delaware in the adversary proceeding, captioned *Brent Williams, etc. v. Robert P. Gannon, et al.*, Adv. Pro. No. 04-54840:

| Filing Date | # | Docket Text |
|---|---|---|
| 06/15/2005 | 24 | First Amended Complaint Filed by Official Committee of Unsecured Creditors (Attachments: # 1 Certificate of Service) (Farnan, Brian) (Entered: 06/15/2005) |
| 08/07/2006 | 45 | Motion For Summary Judgment *or in the Alternative, Preliminary Injunction* Filed by Plan Trustee. (Attachments: # 1 Proposed Form of Order Proposed Judgment in Favor of Plaintiff# 2 Certificate of Service of the Motion by Plan Trustee for Summary Judgment) (Farnan, Brian) (Entered: 08/07/2006) |
| 08/07/2006 | 47 | Statement of Undisputed Facts *As To Which There Exist No Genuine Issue To Be Tried* (related document(s)45 ) Filed by Plan Trustee (related document(s)45). (Attachments: # 1 Certificate of Service to the Statement of Material Facts as to Which There Exist No Genuine Issue to be Tried) (Farnan, Brian) (Entered: 08/07/2006) |
| 08/07/2006 | 49 | Declaration in Support *of Motion of Plan Trustee for Summary Judgment* (related document(s)45 ) Filed by Plan Trustee (Attachments: # 1 Exhibit A to Declaration in Support of Motion# 2 Exhibit B to Declaration in Support of Motion# 3 Exhibit C to |

| Filing Date | # | Docket Text |
|---|---|---|
|  |  | Declaration in Support of Motion# 4 Exhibit D to Declaration in Support of Motion# 5 Exhibit E to Declaration in Support of Motion# 6 Exhibit F to Declaration in Support of Motion# 7 Exhibit G to Declaration in Support of Motion# 8 Exhibit H to Declaration in Support of Motion# 9 Exhibit I to Declaration in Support of Motion# 10 Exhibit J to Declaration in Support of Motion# 11 Exhibit K to Declaration in Support of Motion# 12 Exhibit L to Declaration in Support of Motion# 13 Exhibit M to Declaration in Support of Motion# 14 Exhibit N to Declaration in Support of Motion# 15 Exhibit O to Declaration in Support of Motion# 16 Exhibit P to Declaration in Support of Motion# 17 Exhibit Q to Declaration in Support of Motion# 18 Exhibit R to Declaration in Support of Motion# 19 Exhibit S to Declaration in Support of Motion# 20 Exhibit T to Declaration in Support of Motion# 21 Exhibit U to Declaration in Support of Motion# 22 Certificate of Service to the Declaration of Brent Williams in Support of Motion of Plan Trustees for Summary Judgment) (Farnan, Brian) (Entered: 08/07/2006) |
| 08/21/2006 | 50 | Brief *in Opposition to TA Plan Trust Motion for Summary Judgment* Filed by McGreevey Class Action Claimants (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Proposed Form of Order # 4 Certificate of Service) (Kortanek, Steven) (Entered: 08/21/2006) |
| 08/28/2006 | 52 | Reply *Brief of Plan Trustee in Support of Motion for Summary Judgment, or in the Alternative, Preliminary Injunction* (related document(s)45 ) Filed by Plan Trustee (Attachments: # 1 Certificate of Service to the Reply Brief of Plan Trustee in Support of Motion for Summary Judgment, or in the Alternative, Preliminary Injunction) (Farnan, Brian) (Entered: 08/28/2006) |
| 09/13/2006 | 55 | Letter *Plan Trustee's Status Conference Statement* Filed by Plan Trustee (Attachments: # 1 Exhibit A to Plan Trustee's Status Conference Statement# 2 Certificate of Service to the Plan Trustee's Status Conference Statement) (Phillips, John) (Entered: 09/13/2006) |
| 03/23/2007 | 67 | Status Report *-Disclosure of McGreevey, et al., and Counsel Regarding Source, Scope and Limitation of Authority to Act on Behalf of a Class* Filed by McGreevey Class Action Claimants. (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Kortanek, Steven) (Entered: 03/23/2007) |

| Filing Date | # | Docket Text |
|---|---|---|
| 09/14/2007 | 71 | Certification of Counsel *Regarding Stay of Certain Matters Under Advisement* Filed by Plan Trustee. (Luke, Maureen) (Entered: 09/14/2007) |
| 09/18/2007 | 72 | Order Staying Certain Matters Under Advisement. (related document(s)28, 30, 71, 45 ) Order Signed on 9/17/2007. (LCN, ) (Entered: 09/18/2007) |

    D.    PPLM requests that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following items designated from the docket of the United States District Court for the District of Montana in the action captioned *Margaret McGreevey, et al., v. The Montana Power, et al.,* Case No. 2:03 CV-0001 (SEH):

| Filing Date | # | Docket Text |
|---|---|---|
| 08/03/2005 | 305 | STATEMENT of Position of NW Corp and Clark Fork & Black Fork and Blackfoot, LLC on issues Identified in this Court's Order Dated July 13, 2005 (REW) (Entered: 08/04/2005) |
| 09/13/2007 | 352 | STATUS REPORT *Regarding Settlement Proposal* by Margaret A. McGreevey. (Attachments: # 1 Exhibit)(Sullivan, Roger) (Entered: 09/13/2007) |
| 10/18/2007 | 354 | STATUS REPORT *Corrected Response to Status Report* by Milbank, Tweed, Hadley & McCloy, LLP. (Attachments: # 1 Exhibit)(Phillips, Robert) (Entered: 10/18/2007) |
| 12/13/2007 | 356 | Order Setting: Status Conference set for 1/11/2008 10:00 AM in Butte, MT before Judge Sam E Haddon. Signed by Judge Sam E Haddon on 12/13/2007. (ELL, ) (Entered: 12/13/2007) |
| 12/20/2007 | 357 | ORDER re 356 Order Setting Status Conference 1/11/08 10:00 am and Plan Trustee cnsl are invited to attend and participate in the status conference.. Signed by Judge Sam E Haddon on 12/20/2007. Hard copy of order mailed by US mail to Robert A. Julian, John C. Phillips, Jr. and Maureen D. Luke.(ELL, ) (Entered: 12/20/2007) |
| 01/02/2008 | 362 | STATUS REPORT *Supplemental* by Margaret A. McGreevey. (Attachments: # 1 Exhibit Agreement#2 Exhibit Transcript# 3 Exhibit 54840docket# 4 Exhibit Maincasedocket# 5 Exhibit 52206docket# 6 Exhibit Counterclaims# 7 Exhibit Motion) (McGarvey, Allan) (Entered: 01/02/2008) |

8

| Filing Date | # | Docket Text |
|---|---|---|
| 01/04/2008 | 369 | STATUS REPORT of *NorthWestern and Clark Fork and Blackfoot, LLC* by CLARK FORK, AND BLACKFOOT, LLC. (Attachments: # 1 Exhibit A-Settlement Agreement #2 Exhibit B-Order # 3 Exhibit C-Memorandum # 4 Exhibit D-Notice of Appeal) (Kaleczyc, Stanley) (Entered: 01/04/2008) |
| 01/04/2008 | 370 | STATUS REPORT by Goldman Sachs & Co., a Limited Partnership. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Twidwell, Kevin) (Entered: 01/04/2008) |

E.    PPLM requests that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following items designated from the docket of the United States District Court for the District of Montana in the action captioned *Plan Trust of Touch America Holdings, Inc. v. Goldman Sachs & Co., et al.*, Case No. CV 04-BU-SEH:

| Filing Date | # | Docket Text |
|---|---|---|
| 01/24/2005 | 24 | MEMORANDUM/BRIEF by defendant Goldman Sachs, defendant Goldman Sachs Group in support of Deft Goldman Sachs' motion to dismiss for failure to state a claim [27-1] (REW) Modified on 01/20/2005 (Entered: 01/20/2005) |
| 02/08/2005 | 40 | RESPONSE by plaintiff Plan Trust to Deft Goldman Sachs & Co and The Goldman Sachs Group, Inc.'s motion to dismiss for failure to state a claim [23-1] (REW) (Entered: 02/09/2005) |
| 06/15/2005 | 60 | ORDER by Judge Sam E. Haddon denying Goldman, Sachs & Co and Goldman Sachs Group, Inc.'s Motion to Dismiss for failure to state a claim [23-1], denying Deft Milbank, Tweed, Hadley & McCloy, LLP's motion to dismiss for failure to state a claim against Deft [21-1][41-1] (cc: all counsel) (REW) Modified on 06/15/2005 (Entered: 06/15/2005) |
| 06/20/2005 | 65 | TRANSCRIPT filed of Motion Hearing on June 10, 05 in Butte Mt before the Hon Sam E. Haddon [PLACED IN BROWN EXPANDO] (REW) (Entered: 06/20/2005) |

## II.    STATEMENT OF ISSUES ON APPEAL

The Memorandum of the Bankruptcy Court entered on December 17, 2007 included the Bankruptcy Court's rulings that (a) as a result of the merger of The Montana Power

Company ("Montana Power") into Montana Power LLC ("MPLLC"), all of Montana Power's pre-merger rights and liabilities became the property and liabilities of MPLLC; (b) MPLLC therefore succeeded to the rights and liabilities of Montana Power under an Asset Purchase Agreement ("APA") whereby PPLM purchased generation assets from Montana Power; (c) Touch America accordingly did not succeed to any rights, interests or liabilities of Montana Power under the APA; and (d) the sale proceeds from the APA were part of Montana Power's property that was transferred to MPLLC as the surviving entity of the merger between Montana Power and MPLLC, and Touch America, as holding company of MPLLC, had no direct interest in the property of MPLLC.  PPLM therefore intends to present the following issues on its appeal:

1. Whether the Bankruptcy Court erred in entering the Order Sustaining Plan Trustee's Objection To Claims Of PPL Montana, LLC, dated and entered December 17, 2007.

2. Whether the Bankruptcy Court erred in disallowing the following claims filed by PPLM against the Debtors on December 15, 2003:

- claim no. 02621 filed against Sierra Touch America, LLC,
- claim no. 02622 filed against American Fiber Touch, LLC,
- claim no. 02623 filed against Touch America, Inc.,
- claim no. 02624 filed against Touch America Purchasing Company, LLC,
- claim no. 02625 filed against Entech, LLC,
- claim no. 02627 filed against Touch America Intangible Holding Co., LLC,
- claim no. 02640 filed against Touch America Holdings, Inc.,
- claim no. 02641 filed against Entech, LLC,
- claim no. 02642 filed against Touch America Intangible Holding Co., LLC,
- claim no. 02643 filed against Touch America, Inc.,
- claim no. 02644 filed against Touch America Purchasing Company, LLC,
- claim no. 02645 filed against Sierra Touch America, LLC, and
- claim no. 02646 filed against American Fiber Touch, LLC.

3. Whether the Bankruptcy Court erred in *sua sponte* holding that all of Montana Power's pre-merger rights and liabilities became the property and liabilities of MPLLC when Touch America and/or the Plan Trust of Touch America has asserted in related proceedings that Touch America is the successor to Montana Power's rights and liabilities.

4. Whether the Bankruptcy Court erred in holding that Touch America and the other Debtors herein are not liable for any of PPLM's claims (including claims for indemnification) arising under an APA with Montana Power when Touch America and/or the Plan Trustee of the Plan Trust of Touch America has asserted in related proceedings that Touch America is the successor to Montana Power.

5. Whether the Bankruptcy Court erred in *sua sponte* holding that Touch America did not receive the proceeds from Montana Power's sale of generation assets to PPLM when Touch America has asserted in related proceedings that the proceeds of the sale were invested in Touch America.

6. Whether the Bankruptcy Court erred in holding that Touch America and the other Debtors herein are not liable for PPLM's contingent secured claims in the event that Touch America obtains possession of the generation assets that PPLM purchased from Montana Power.

Dated: January 7, 2008

POTTER ANDERSON & CORROON LLP

By_____
    Laurie Selber Silverstein (2396)
    Theresa V. Brown-Edwards (4225)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
Tel: 302-984-6033
Fax: 302-658-1192

-and-

>
> DEWEY & LeBOEUF LLP
> Michael Lesch
> John G. Nicolich
> Peter A. Ivanick
> 1301 Avenue of the Americas
> New York, New York 10019-6092
> Tel: 212-259-8000
> Fax: 212-259-6333
>
> Attorneys for Claimant PPL Montana, LLC

PAC841149/30303