IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TOUCH AMERICA HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 03-11915 (KJC)<br>(Jointly Administered)<br><br>Related Docket Item 3576 |

**TOUCH AMERICA PLAN TRUSTEE'S COUNTERDESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 8006-1(a), appellee Brent Williams, as Plan Trustee for Touch America Holdings, Inc. and its affiliated debtor entities (the "Plan Trustee"), respectfully submits this Counterdesignation of Record and Statement of Issues on Appeal (the "Counterdesignation") in response to the Designation of Record and Statement of Issues on Appeal of PPL Montana, LLC (the "Statement") filed by PPL Montana, LLC ("PPL" or "Appellant") on or about January 7, 2008.

I. **COUNTERDESIGNATION OF RECORD**

    A. The following items to be added to the record on appeal are designated from the docket of the United States Bankruptcy Court for the District of Delaware in the above-captioned case No. 03-11915 (KJC):

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 08/22/2007 | 3481 | Objection to Claim of the Mattson Plaintiffs (Substantive). Filed by Plan Trustee. Hearing scheduled for 9/26/2007 at 02:30 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 9/19/2007. (Attachments: # 1 Notice # 2 Declaration of Todd Dressel # 3 Proposed Form of Order # 4 Exhibit A# 5 Exhibit B-1# 6 Exhibit B-2# 7 Exhibit B-3# 8 Exhibit B-4# 9 Exhibit C and D# 10 Exhibit E-1# 11 Exhibit E-2# 12 Exhibit E-3# 13 |

| | | |
|---|---|---|
| | | Exhibit E-4# 14 Exhibit E-5# 15 Exhibit E-6# 16 Exhibit E-7# 17 Exhibit F - O# 18 Exhibit P - S# 19 Exhibit T - V# 20 Exhibit W - X# 21 Exhibit Y - Z# 22 Exhibit AA# 23 Exhibit BB) (Luke, Maureen) Modified text on 8/23/2007 (MML, ). (Entered: 08/22/2007) |
| 10/17/2007 | 3519 | Response to Plan Trustee's Objection (related document(s)3481 ) Filed by Rebecca Mattson, et al. (Attachments: # 1 Declaration of Jamie S. Franklin# 2 Exhibit A - Part 1 of 2# 3 Exhibit A - Part 2 of 2# 4 Exhibit B - Part 1 of 2# 5 Exhibit B - Part 2 of 2# 6 Exhibit C - Part 1 of 2# 7 Exhibit C - Part 2 of 2# 8 Certificate of Service) (Richenderfer, Linda) (Entered: 10/17/2007) |

    B.    The Plan Trustee requests that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following additional items to be added to the record on appeal, designated from the docket of the United States Bankruptcy Court for the District of Delaware in the adversary proceeding captioned *Brent Williams, etc. v. NorthWestern Corporation, et al.*, Adv. Pro. No. 05-52206 (KJC):

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 07/17/2006 | 28 | WITHDRAWN (See Docket #59) Motion to Intervene Filed by McGreevey Class Action Claimants. (Attachments: # 1 Exhibit A) (Scoliard, Jennifer) Modified on 9/21/2007 (VIB, ). (Entered: 07/17/2006) |
| 07/24/2006 | 30 | Statement in Response to Motion to Intervene (related document(s)28 ) Filed by Clark Fork and Blackfoot, LLC, NorthWestern Corporation (Meloro, Dennis) (Entered: 07/24/2006) |
| 08/03/2006 | 35 | Objection to Motion to Intervene (related document(s)28 ) Filed by BRENT C. WILLIAMS, as Plan Trustee of the Plan Trust of Touch America Holdings, Inc., et al., for the benefit of the bankruptcy estates of Touch America Holdings, Inc., et al. (Attachments: # 1 Certificate of Service to the Opposition of Plan Trustee to Motion to Intervene# 2 Proposed Form of Order Proposed Order# 3 Compendium of Unreported Cases for Opposition of Plan Trustee to Motion to Intervene# 4 Certificate of Service to the Compendium of Unreported Cases for Opposition of Plan Trustee to Motion to Intervene) (Farnan, Brian) (Entered: 08/03/2006) |

| 08/10/2006 | 36 | Brief [Reply Brief in Support of Intervention] Filed by McGreevey Class Action Claimants. (Attachments: # 1 Certificate of Service) (Kortanek, Steven) (Entered: 08/10/2006) |
|---|---|---|
| 01/23/2007 | 40 | Request for Oral Argument Filed by McGreevey Class Action Claimants. (Attachments: # 1 Certificate of Service # 2 Service List) (Kortanek, Steven) (Entered: 01/23/2007) |
| 02/07/2007 | 41 | Response to Shareholders' Motion for Oral Argument (related document(s)40 ) Filed by BRENT C. WILLIAMS, as Plan Trustee of the Plan Trust of Touch America Holdings, Inc., et al., for the benefit of the bankruptcy estates of Touch America Holdings, Inc., et al. (Attachments: # 1 Certificate of Service to Touch America Plan Trustee's Response to Shareholders' Motion for Oral Argument) (Farnan, Brian) (Entered: 02/07/2007) |
| 09/20/2007 | 59 | Notice of Withdrawal of Motion to Intervene (by Stipulation) (related document(s)28 ) Filed by BRENT C. WILLIAMS, as Plan Trustee of the Plan Trust of Touch America Holdings, Inc., et al., for the benefit of the bankruptcy estates of Touch America Holdings, Inc., et al., Clark Fork and Blackfoot, LLC, McGreevey Class Action Claimants, NorthWestern Corporation (Attachments: # 1 Certificate of Service) (Farnan, Brian) (Entered: 09/20/2007) |

C.  The Plan Trustee requests that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following additional items to be added to the record on appeal, designated from the docket of the United States Bankruptcy Court for the District of Delaware in the adversary proceeding captioned *Brent Williams, etc. v. Robert Gannon, et al.*, Adv. Pro. No. 04-54840 (KJC):

| Filing Date | Docket Number | Docket Text |
|---|---|---|
| 08/07/2006 | 48 | Motion For Summary Judgment Request for Judicial Notice in Support of Motion of Plan Trustee (related document(s)45 ) Filed by Plan Trustee (related document(s)45). (Attachments: # 1 Exhibit A to Request for Judicial Notice# 2 Exhibit B to Request for Judicial Notice# 3 Exhibit C to Request for Judicial Notice# 4 Exhibit D to Request for Judicial Notice# 5 Exhibit E to Request for Judicial Notice# 6 Exhibit F to Request for Judicial Notice# 7 Exhibit G to Request for Judicial Notice# 8 Exhibit H to |

| | | Request for Judicial Notice# 9 Certificate of Service to the Request for Judicial Notice in Support of Motion by Plan Trustee for Summary Judgment) (Farnan, Brian) (Entered: 08/07/2006) |
|---|---|---|

## II. OBJECTION TO APPELLANTS' DESIGNATION OF RECORD

The Plan Trustee objects to the documents designated as part of the record on appeal by PPL in Sections D and E of the Statement on the grounds that such documents appear on the docket of the United States District Court for the District of Montana (the "Montana District Court"), and do not appear on the docket of the United States Bankruptcy Court for the District of Delaware in which the instant proceeding arose. The record on appeal in an appeal of a bankruptcy court order may properly include any document that was before the bankruptcy judge at the time of the ruling, whether in the main case or adversary proceeding in which the matter arose, or in any related adversary proceeding before the court at that time. See Nantucket Investors II v. California Fed. Bank (In re Indian Palms Associates, Ltd.), 61 F.3d 197, 204-06 (3d Cir. 1995) (holding that record on appeal may include records from adversary proceedings on file at the time issue was decided by bankruptcy judge in main case).

The items designated by PPL in Sections D and E of the Statement, however, were filed on the docket of the Montana District Court. To the extent, if any, that such documents were brought before the Bankruptcy Court, and accorded judicial notice by the Bankruptcy Court, they may properly be presented in this appeal as matters properly placed on the docket of the Bankruptcy Court in either the main case or an adversary proceeding. PPL's designation of documents that appear only on the docket of the Montana District Court does not meet this standard and is improper where there is no indication that such documents were ever before the Bankruptcy Court as a part of the proceedings now on appeal. Once the instant appeal is

docketed in the United States District Court for the District of Delaware, the Plan Trustee will file a motion to strike the documents designated by PPL in Sections D and E of the Statement.

## III. RESPONSE TO APPELLANT'S STATEMENT OF ISSUES ON APPEAL

The Plan Trustee responds to the third and fourth issues on appeal listed in the Statement on the grounds that they misrepresent the facts. Both the third and fourth issues on appeal claim that Touch America has asserted in prior proceedings that it "is the successor to Montana Power's rights and liabilities." The third issue on appeal also alleges that the Bankruptcy Court made its ruling "*sua sponte*." In fact, Touch America has asserted in prior proceedings that it succeeded to <u>certain</u> rights and liabilities of Montana Power, none of which included the rights and liabilities under the APA that were at issue in the instant proceeding. Nor was the Bankruptcy Court's ruling "*sua sponte*" as the division of rights and liabilities that are the responsibility of Touch America, versus those that are the responsibility of other entities, was fully briefed before the Bankruptcy Court in the proceedings that led to the instant appeal. Thus, more accurate issues on appeal would be:

3. Whether the Bankruptcy Court erred in holding that all of Montana Power's pre-merger rights and liabilities became the property and liabilities of MPLLC when Touch America and/or the Plan Trust of Touch America has asserted in related proceedings that Touch America is the successor to Montana Power for certain rights and liabilities other than those arising under the APA.

4. Whether the Bankruptcy Court erred in holding that Touch America and the other Debtors herein are not liable for any of PPLM's claims (including claims for indemnification) arising under an APA with Montana Power when Touch America and/or the Plan Trustee of the Plan Trust of Touch America has asserted in related proceedings that Touch America is the

successor to Montana Power for certain rights and liabilities other than those arising under the APA.

Dated: January 17, 2008

Respectfully submitted,

WINSTON & STRAWN LLP
Robert A. Julian
Todd Dressel
101 California St., 39th Floor
San Francisco, CA 94001
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

-and-

WINSTON & STRAWN LLP
David J. Richardson
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Maureen D. Luke (No. 3062)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Co-Counsel for the Plan Trustee